25976. Gray *v.* Jennings.

MacIntyre, J. The evidence supported the verdict. No error of law is complained of. The court did not err in overruling the certiorari.

*Judgment affirmed. Broyles, C. J., and Guerry, J., concur.*

Decided March 10, 1937.

*C. H. Dalton,* for plaintiff. *C. D. McCutchen,* for defendant.